FILED

08/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0514

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0514

_____

JIM L. TOWSLEY and BETTY SMITH
TOWSLEY,

      Plaintiffs and Appellees,

v.

DAVID P. STANZAK, MARGO L. STANZAK,
CRAIG FITCH, CARYN MISKE, LAURENCE B,
MILLER, JR., STEPHEN M. ZANDI, KARIN M.
ZANDI, and all persons, known or unknown,
claiming or who might claim any right, title,
interest in or lien or encumbrance upon the
personal property described in the Complaint
below which is adverse to the Plaintiff's ownership
or a cloud upon Plaintiff's title thereto, whether
such a claim or possible claim may be present or
contingent,

      Defendants and Appellants.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

      For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2022